UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SNYDER, | ) CASE NO. CV 12-4570-PJW |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| D. LONG, WARDEN, | ) |
| Respondent. | ) |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 2, 2013.

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-CLOSED\Closed-State Habeas\SNYDER, R 4570\Judgment.wpd